IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

PASQUALE AGNONE, on behalf of himself and all others similarly situated,

        Plaintiff,

        Case No. 2:24-cv-08196-ARL

   -against-

Live Hydration Spa, IP, LLC,

        Defendant.

-------------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT LIVE HYDRATION SPA, IP, LLC AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Live Hydration Spa, IP, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 19, 2025

**HOROWITZ LAW, LLC**

*/s/ Uri Horowitz*
Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
Fax: (718) 705-8705
uri@horowitzlawpllc.com

*Attorney for Plaintiff*

Dated: March 19, 2025

/s/ *Adam I Kleinberg (with consent)*
Adam Kleinberg, Esq.
**GUERCIO & GUERCIO LLP**
77 Conklin Street
Farmindale, NY 11735
Telephone: (516) 694-3000
Email: akleinberg@guerciolaw.com

*Attorney For Defendant Live Hydration Spa, IP, LLC*


SO ORDERED
*/s/ Sanket J. Bulsara*
SANKET J. BULSARA
United States District Judge


Date: March 22, 2025
Central Islip, New York